## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PES HOLDINGS, LLC , *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11626 (LSS)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PES HOLDINGS, INC.,<br><br>Appellants,<br><br>v.<br><br>ICBS STANDARD BANK PLC,<br><br>Appellee. | C.A. No. 20-cv-364 (RGA) |

## NOTICE OF WITHDRAWAL OF APPEAL

The Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel and pursuant to Article XIV.D of the above-captioned Debtors *Fourth Amended Joint Chapter 11 Plan of PES Holdings, LLC and its Debtor Affiliates* (the "Plan") [Bankr. D.I. 994] hereby withdraws the above-captioned appeal with prejudice.

[*This Space Intentionally Left Blank*]

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574).  The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

Dated:  July 27, 2020

**ELLIOTT GREENLEAF, P.C.**

*/s/ Jonathan M. Stemerman*
Rafael X. Zahralddin-Aravena (No. 4166)
Jonathan M. Stemerman (No. 4510)
1105 N. Market Street, Suite 1700
Wilmington, DE  19801
Telephone:  (302) 384-9400
Email:  rxza@elliottgreenleaf.com
jms@elliottgreenleaf.com

*Counsel to the Official Committee*
*of Unsecured Creditors*